IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4012-03-CR-C-SOW |
| | ) | |
| TIMOTHY ERIC CONRAD, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court are the Reports and Recommendations of United States Magistrate William A. Knox regarding defendant Conrad's Motion to Suppress as to Count II (Doc. #36), Motion for Separate Trial (Doc. #103), Motion to Sever Defendant (Doc. #104), and Motion to Suppress as to Count III (Doc. #111). The Reports and Recommendations of the Magistrate in this case are thorough and well-reasoned. This Court agrees with these recommendations and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Conrad's Motion to Suppress as to Count II (Doc. #36) is denied. It is further

ORDERED that defendant Conrad's Motion for Separate Trial (Doc. #103) is denied. It is further

ORDERED that defendant Conrad's Motion to Sever Defendant (Doc. #104) is denied. It is further

1

ORDERED that defendant Conrad's Motion to Suppress as to Count III (Doc. #111) is denied.

<pre>
                                            /s/ Scott O. Wright
                                        SCOTT O. WRIGHT
                                        Senior United States District Judge
</pre>

Date:   5/8/2006